■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM MORGAN, Appellant. [994 NYS2d 315]—

Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Westchester County (Molea, J.), imposed December 7, 2011, upon his conviction of attempted assault in the first degree, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]). Skelos, J.P., Dickerson, Maltese and LaSalle, JJ., concur.